**RECEIVED**

JAN 11 2023

RICHARD W. NAGEL, Clerk of Court
COLUMBUS, OHIO

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF OHIO**

**85 MARCONI BLVD.**

**COLUMBUS, OHIO 43215**

JUDGE WATSON

MAGISTRATE JUDGE VASCURA

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | Sherry Ann Wiley |
| 7 | **Plaitiff** |
| 8 | Vs |
| 9 | |
| 10 | ECDI (Economic Community Development Institute) |
| 11 | Fonda Williams. Senior VP of ECDI |
| 12 | Inna Kinney, Founder of ECDI |
| 13 | Joseph Armstrong, VP of Lending, ECDI |
| 14 | Steve Fireman, President, ECDI |
| 15 | Anthony Bern, Director of Food Incubation Services ECDI |
| 16 | Denise Hicks, Business Relatons Manager, ECDI |
| 17 | April Welch, Business Relationship Manager, ECDI |
| 18 | U. S. Department of the Treasury |
| 19 | Janet Yellen, U. S. Department of the Treasury Director |
| 20 | **Defendants** |
| 21 | |
| 22 | |

Case No.:

2:23 CV 0138

**White Collar Crime**

**AntiTrust Violations**

**Fraudulent Misrepresentation**

**AntiTrust Collusion**

**Disreputable Conduct**

**OhioAdmin.Code/Bait/Advertising**

**Embezzlement**

**Identity Theft**

**Swatting**

**Espionage**

Page **1** of **27**
**Sherry Ann Wiley vs ECDI et. al.,**
**In the United states District court for**
**The Southern District of Ohio**
**Civil Division**

1                                     **PARTIES TO THE ACTION**

2   **Plaintiff:**        Sherry Ann Wiley

3                     225 Hancock Street

4                     #218

5                     Sandusky, Ohio  44870

6                     419-502-6059

7   **Defendants:**    ECDI

8                     1655 Old Leonard Ave

9                     Columbus, Ohio  44219

10                    614-559-0115

11

12                    Inna Kinney, Founder

13                    1655 Old Leonard Ave

14                    Columbus, Ohio  44219

15                    614-559-0115

16

17                    Fonda Williams, Senior VP

18                    1655 Old Leonard Ave

19                    Columbus, Ohio  44219

20                           And

21                    101 Central Plaza

22                    South Suite 1200

23                    Canton Ohio  44702

24                    330-368-2797 cell/ 614-559-0115 ofc

Page **2** of **27**
**Sherry Ann Wiley vs ECDI et. al.,**
**In the United states District court for**
**The Southern District of Ohio**
**Civil Division**

1               Anthony Berin, Director of Food incubation Services

2               1655 Old Leonard Ave

3               Columbus, Ohio  44219

4               980-229-0298 cell/614-559-0115 ofc

5

6               Joseph Armstrong, VP of Lending

7               1655 Old Leonard Ave

8               Columbus, Ohio  44219

9               614-572-0444 cell/614-559-0115 ofc

10

11              Steve Fireman, Counsel

12              1655 Old Leonard Ave

13              Columbus, Ohio  44219

14              614-559-0113 direct/ 614-559-0115 ofc

15

16              Denise Hicks, ECDI Canton Office Relationship Manager

17              1655 Old Leonard Ave

18              Columbus, Ohio  44219

19              330-623-6858 cell/614-559-0115 ofc

20

21              April Welch, CIFT OFFICE, SBDC Toledo Market

22              202 One Maritime Plaza, Suite 202

23              Toledo, OH  43604

24              419-574-9476

Page **3** of **27**
**Sherry Ann Wiley vs ECDI et. al.,**
**In the United states District court for**
**The Southern District of Ohio**
**Civil Division**

1              awelch@ecdi.org

2              U. S. Department of the Treasury

3              1500 Pennsylvania Avenue, NW

4              Washington, D.C. 20220

5              202-622-2000

6

7              Janet Yellen, Director of the U. S. Department of the Treasury

8              1500 Pennsylvania Avenue, NW

9              Washington, D.C. 20220

10            202-622-2000

11

12

Page **4** of **27**
**Sherry Ann Wiley vs ECDI et. al.,**
**In the United states District court for**
**The Southern District of Ohio**
**Civil Division**

## SUBJECT MATTER JURISDICTION and COMPLAINT

1

Because the instruction on the Complaint applications states for me to submit a Brief description

2

of my complaint this is what I'm submitting with the hopes everything else will come out during

3

the trial.

4

**Title 28 U.S.C. section 1343 (1)(2)(3)(4)**

5

"[A civil rights lawsuit alleging that defendant(s) acting under Color of State Law,

6

deprive you of a right secured by federal law or the Constitution]"

7

(a)  The District Court shall have original jurisdiction of any civil action

8

authorized by law to be commenced by any person

9

(1)  To recover damages for injury to his person or property, or because of the

10

deprivation of any right or privilege of a citizen of the United States by

11

any act done in furtherance of any conspiracy mentioned I Section 1985 of

12

Title 42.

13

**TITLE 42**

14

"…(3) Depriving persons of rights or privileges…, any act in furtherance

15

of the object of such conspiracy, whereby another person or property, or

16

privilege of a citizen of the United States, the party so injured or deprived

17

may have an action for the recovery of  damages occasioned by such

18

injury or deprivation, against any one or more of the conspirators."

19

(Cornell Law School/Law.cornell.edu/us)

20

Page 5 of 27
Sherry Ann Wiley vs ECDI et. al.,
In the United states District court for
The Southern District of Ohio
Civil Division

1    **28 U. S. Code Section 1331 – Federal Question**

2        "The district Courts shall have original jurisdiction of all civil actions

3        arising under the Constitution, laws or treaties of the United States.

4        (Cornell Law School/Law.cornell.edu/us)

5    **White Collar Crimes – Clayton AntiTrust Act – Monopolization**

6        "…of 1914, codified as 15 U.S.C. 12-27, outlaw the following:  Price discrimination;

7        conditioning sales on exclusive dealing; mergers & acquisition when they may

8        substantially reduce competition; serving on the board…"

9        Why this applies is because ECDI is the largest CDFI (Community Development

10       Financial Institution) in the State of Ohio.  They have interjected/merged their offices in

11       with other non-profit organizations, and Small Business Development Center (SBDC),

12       and CIFT in Toledo, Ohio; The Women's Business Center in Cleveland Ohio, etc., that

13       help finance new, disadvantaged, minority, women owned,  veteran owned, and existing

14       small businesses. Thus, allowing ECDI to monopolizing the possibility of any business

15       being funded.

16   All CDFI Funding in the State of Ohio is routed through ECDI.

17

18   **Anti Trust Collusion**

Page **6** of **27**
Sherry Ann Wiley vs ECDI et. al.,
In the United states District court for
The Southern District of Ohio
Civil Division

1       "… A collaborative agreement, usually secret, amongst rivals to prevent open

2       competition through deceptive means in order to gain a market advantage. The parties

3       may collide by agreeing to fix prices, limit or resist supply, share insider information." (A

4       form of Espionage) (Cornell Law School/Law.cornell.edu/us)

5   **Two things in this section**:

6     1. ECDI knowingly uploaded wrong information from my application and supporting

7        documents into their database that determines loan approval that is shared and seen by the

8        entire state of Ohio financial agencies and seem by the U.S. Department of the Treasury

9        if they see fit or audit.

10

11       In the 84 page application and supporting documents, I submitted by scanned email from

12       Kent State University in North Canton Ohio Library with assistance from the Librarian,

13       to ECDI Denise Hicks by direction of Fonda Williams and Joseph Armstrong August 1,

14       2022.

15

16       Denise initially stated my application was denied because of the following: ***I filed***

17       ***bankruptcy in 2001***, ***which was discharged 21 years ago***; my credit score was 565; and

18       that I had numerous public records showing I had been sued,

19

20       ***My rebuttal***: I filed bankruptcy in Cincinnati, Ohio in 2001, ***21 years ago at that time***,

21       and I had never been sued. I resubmitted by credit bureau history showing my credit

Page **7** of **27**
**Sherry Ann Wiley vs ECDI et. al.,**
**In the United states District court for**
**The Southern District of Ohio**
**Civil Division**

1    *score a solid 616 for a few month now*.  I told her I'm not sure whose identity you

2    switched for mine, but please correct your mistakes.

3

4    Joseph Armstrong and Steve Fireman, separately, and I discussed the wron/false

5    information uploaded in their data base under my name and my business' name, and

6    Joseph confirmed the following verbally and written.

7

8        1.  *I had been sued several times*.  (I've never been sued)

9        2.  *I had been evicted several times*. (I've never been evicted legally)

10       3.  *I had several felonies* (Never a felon. Do not have a criminal background.  I have

11           a parking ticket.)

12       4.  *I had a defaulted mortgage*. (Never had a mortgage. Unfortunately, I've rented

13           my entire life.  I own no property.)

14       5.  *My credit score was 564*. (My credit score at that time was 616 and had been for a

15           few months.  ECDI on their website and Fonda Williams stated in our meeting

16           July 7, 2022, that he funded a felon who had a score of 500.  ECDI Asian website

17           2014, states they can fund a person with a 500 credit score. Again mine was 616

18           on this day.)

19       6.  *Insufficient liquidity and Collateral for the $500,000. loan I request*. (My initial

20           request was for $100,000.  Fonda Williams told me to ask for the full amount

21           upfront because it is very difficult to come back later and get a second loan.  My

22           warehouse rental for a year was $330,000 and my operating expenses, attorney,

Page **8** of **27**
**Sherry Ann Wiley vs ECDI et. al.,**
**In the United states District court for**
**The Southern District of Ohio**
**Civil Division**

1        equipment, inventory, wages and vehicles accounted for the remaining $170,000.

2        More than enough to secure the loan under Liquidity and Collateral. They only

3        require 10% which Fonda stated could be circumvented by grants they offer to

4        some businesses. ECDI advertises on their website that they can use equipment,

5        vehicles, inventory, and office equipment as collateral or down payment for the

6        loan. ECDI did this type of collateral loan in case PARKHILL Limited Liability

7        Company vs Economic & Community Development Institute (ECDI), Court of

8        Appeals 11th Appellate District Lake County, Ohio August 26, 2019; 2019 Ohio

9        3444 (Ohio CT. App, 2019) Case #2019-L-021. Almost three years to date of my

10       application.

11    7.  ***Insufficient Expertise***. (I have 2 graduate level Professional certifications for

12        Advanced Pathophysiology: Hematology and Introduction to Pathology form the

13        University of Kentucky: School of Nursing, CE. Three years collectively in

14        Psychology (biological psychology); Biological Sciences (Molecular cell biology,

15        physiology, cancer biology, microbiology, marine biology, and immunity

16        collectively. I have been certified in Phlebotomy, and a Certified Medical

17        Administrative Assistant. There's more but those are the most relevant pertaining

18        to my ***Nutritional Beverage company, Restore & Evolve, LLC)***. I submitted my

19        CV. They threw it away. I've made the drink several times for myself and it has

20        healed me from a serious traumatic event I experienced three years ago. Allowed

21        me to focus while I was in college taking online courses during this 3 year period.

Page **9** of **27**
**Sherry Ann Wiley vs ECDI et. al.,**
**In the United states District court for**
**The Southern District of Ohio**
**Civil Division**

8. ***For a "Start up Business" I have no strengths***.  My CV and what's stated in #7 totally counters this.

9. ***Revenue Projections were not supported by contracts or commitments***.  (I showed Joseph Armstrong, Fonda Williams and emailed to Denise with my application and supporting documents, my 1,2 and 3 years projections.  That's all they require for a loan.  In my first year I showed with my first one to three contracts meeting my required minimum order for my company, Restore & Evolve, LLC would show a substantial profit.  The 4th contract would put my company in the Black.  All profits.

10. ***Insufficient Equity***. (As I stated in #6 only $50,000 was required for the $500,000. Loan amount I requested.  I showed on my application $170,000 collateral via, equipment, furniture tools, inventory etc. just as the case I cited above did and they were approved.)

This section is detailed in the attached emailed letter Joseph Armstrong emailed to me and my rebuttal response somewhat depicted above along with the question and statement, *"Joe, I don't know who's identity you've stolen and switched it for mine, but identity theft is an illegal action still heard in federal court since this is federal money that I will be pursing moving forward…"*

Page **10** of **27**
**Sherry Ann Wiley vs ECDI et. al.,**
**In the United states District court for**
**The Southern District of Ohio**
**Civil Division**

1    2.   It was rumored and by the factual evidence stated above, that "someone else's

2         credentials were switched with mine and they received the loan under my name and my

3         business name, which is Restore & Evolve, LLC."

4

5         Why this statement is so plausible, when I relocated from Arkansas back home to Ohio,

6         March 30, 2022, my stalker from Arkansas followed me here.  He vandalized my car

7         April 15, 2022 – May 11, 2022,  just 2 weeks after I got to Ohio.  $1800 to get it fixed.  I

8         was out of work for a month trying to get my car fixed. I filed a report with Strongsville

9         Ohio  Police Department.  In Arkansas this person tried to get a loan under my name and

10        business name and told everyone he was my husband and my attorney.  I believe this

11        person followed me here to Ohio and have contacted Fonda Williams, Inna Kinney,

12        Joseph Armstrong and Steve Fireman of ECDI.

13

14        I was married in 1987. Divorced, in September 1996.  My ex-husband is David Martin

15        Wiley.  It is not this person stalking me from Arkansas to Ohio.

16

17        ECDI's behavior, switching my credit history with someone elses'; deleting my

18        educational credentials, and denying my loan substantiate my concerns for ***AntiTrust***

19        ***Collusion and Espionage listed above***.

20

Page **11** of **27**
**Sherry Ann Wiley vs ECDI et. al.,**
**In the United states District court for**
**The Southern District of Ohio**
**Civil Division**

1    **18 U.S. Code 1028 Fraud and Related Activity in connection with Identification**

2    **Documents, Authentication Features and Information:**

3    **(a) Whoever, in circumstance described in subsection (c) of this section**

4    (1) Knowingly and without lawful authority produces an identification document,

5    authentication feature, or a false identification document..

6    (2) Knowingly transfer an identification document, authentication feature, or a

7    false identification document knowing that such document or feature was

8    stolen or produced without lawful authentication…

9    (3) Knowingly possesses with intent to use unlawfully or transfer unlawfully five

10    or more identification documents (other than those issued lawfully for the use

11    of the possessor) authentication features, or false identification documents…

12    **(4)** Knowing possesses an identification document (Other than one issued

13    lawfully for the use by the possessor) authenticate features, or a false feature,

14    or a false identification document with the intent such document or feature to

15    be used to DEFRAUD THE UNITED STATES…

16    Knowing transfer; possess or uses, without lawful authority, a means of

17    identification of another person with the intent to commit, or to aid or

18    abet, or commit, or in connection with, any unlawful activity that

19    constitutes a violation of federal law, or that constitutes a felony under any

20    state or local law. (Cornell Law School/Law.cornell.edu/us)

Page **12** of **27**
**Sherry Ann Wiley vs ECDI et. al.,**
**In the United states District court for**
**The Southern District of Ohio**
**Civil Division**

1        This would also include Ohio Governor Mike Dewine's new law he

2        signed into existence January 2, 2023 named SWATTING that is also

3        punishable by law. Submitting or reporting false information or a hoax to

4        a government entity; government official; police officer or state or federal

5        affiliate agency. So this should cover both state and federal law regarding

6        Fraud, Theft Identity Theft, Intellectual Property theft Libel and

7        Defamation, since ECDI placed this derogatory information into their

8        Ohio Database that's viewed by all ECDI financial employees and

9        considered by all other Ohio CDFI's who use this database.

10

11        Why this applies? ECDI used the template, law mandate, set in order by

12        the United States Department of the Treasury regarding all their

13        CERTIFIED CDFI's they have approved to receive their hundreds of

14        millions/billion dollar grants they send out to all CDFI's nationally.

15

16        ECDI has been accredited and certified as an CDFI by the United States

17        Department of the Treasury and Janet Yellen, Director. The CDGFI's are

18        supposed to assist companied like mine, Restore & Evolve, LLC, a

19        Nutritional Beverage Company.

20

21        ECDI incorporated their laws and requirements into their application

22        process that I lawfully filled out, added my supporting documents and

Page 13 of 27
Sherry Ann Wiley vs ECDI et. al.,
In the United states District court for
The Southern District of Ohio
Civil Division

1        submitted for consideration for a loan.  The United States Department of

2        the Treasury should have some type of auditing system in place to ensure

3        their certified CDFI's aren't committing Anti Trust Violation, Espionage,

4        Identity Theft or stealing or keeping funds that eligible companies are

5        entitled to  in their banking system to keep for themselves unlawfully.

6    **Disreputable Conduct Section 19.196 before the OCC includes**:

7        (a) Willfully or recklessly violating or willfully or recklessly aiding and abetting the

8            violation of any provision of the Federal Banking or Applicable code.

9    **Fraud**

10   Section 1344 Title 18 United States Code covers any scheme to defraud occurring on or about

11   October 12, 1984 modeled after mail fraud statue.

12       It proscribes the use of a scheme or artifice either to defraud a federally chartered

13       or insured financial institution or to obtain any of the monies, funds, credits,

14       assets, securities or other property owned by, or under the control of, such an

15       institute. **(Cornell Law School/Law.cornell.edu/us)**

16   This applies because I emailed my application and supporting document to Denise Hicks

17   and between her actions and Joseph Armstrong Actions they falsified my information and

18   placed this libelous, defaming, identity theft, antitrust collusion, etc.,  information into

19   their, ECDI's Database that viewed by all CDFI's,  the U. S. Dept. of the Treasury, and

20   other organizations they have interjected their employees in.

Page **14** of 27
Sherry Ann Wiley vs ECDI et. al.,
In the United states District court for
The Southern District of Ohio
Civil Division

1    For instance, April Welch working for CIFT in Toledo, Ohio.  CIFT is a different CDFI,

2    nonprofit organization that helps small businesses.  I can't get funding through them nor

3    the Women's Business Center in Cleveland, Ohio because they use ECDI's database for

4    financial applications and this derogatory, false information is viewable to them.

5    Erie County Economic Development Center, Alissa Fisher, in Sandusky, Ohio, also

6    stated they use ECDI funding  to assist new companies for funding.  I was told I probably

7    would not be funded because of the problems with ECDI and the information they listed

8    in the database because they finance through them.  Erie County Economic Development

9    center and Alissa Fisher awarded my company Restore & Evolve, LLC with their a

10   scholarship they give to new businesses who qualify, December 2022, in the amount of

11   $625. Dollars.

12   LCCC (Loraine County Community College) also awarded my company Restore &

13   Evolve, LLC with a $150 book store grant in November 2022, to be received Spring

14   2023.  LCCC small business office uses ECDI's and SBA's employees for financial

15   assistance funding programs.

16

17

18

19

20

Page **15** of **27**
**Sherry Ann Wiley vs ECDI et. al.,**
**In the United states District court for**
**The Southern District of Ohio**
**Civil Division**

1  Disclosure Statement:

2  "… deposits in a failing financial institution 2c:21-15 (misapplication of entrusted

3  property and property of government of financial institution). 2c:21-19 (Wrongful

4  credit practices and related offenses. **(Cornell Law School/Law.cornell.edu/us)**

5  **Ohio Administration Code 109:4-3-03 "Bait Advertising/Unavailability of goods"**

6  (b)  Bait Advertising:  It shall be a deception an d unfair act of practice for a supplier to

7  make an offer of sale of any goods or services when such offer isn ot a bona fide

8  effort to sell such goods or services.  An offer is not bona fide if:

9  (1)  A supplier uses a statement or illustration or makes a representation

10  which would create In the mid of a reasonable consumer, a false

11  impression as to the grade, quality, quantity, make, model, year, price,

12  value, size, color, utility ,origin or any other material aspect of the offered

13  goods or services in such a manner that, upon subsequent disclosure or

14  discovery of the facts, the consumer maybe induced to purchase goods or

15  services other than those offered;

16  (2) The first contact or interview with the customer is secured by the supplier

17  through deception, even if the relevant facts of the offer are disclosed to

18  the consumer before the consumer views the offered goods or services;

19

20

Page 16 of 27
Sherry Ann Wiley vs ECDI et. al.,
In the United states District court for
The Southern District of Ohio
Civil Division

1                    (4)

2                           (b)  Failing to make delivery of the offered goods or services (or, with the

3                           consent of the consumer, substituting goods or services of equal or greater

4                           value) within a reasonable time, or to make a refund;

5                           (c)  Delivering offered goods or services which are unusable or

6                           impractical for the purpose represented or materially different from the

7                           offered goods or services.  The purchase on the part of some consumers of

8                           the offered goods or services is not in itself Prima Facie Evidence that the

9                           offer is Bona Fide. (Cornell Law School/Law.cornell.edu/us)

10     **Regarding this Ohio Code listed above, ECDI, Fonda Williams during our initial meeting**

11     **made this statement 4 times:**

12         1.   "We fund the unfundable…"

13         2.  "We funded a gentleman who's credit score was 500.  He was a felon and completed his

14             jail time.  He had little to no money.  We funded him!"

15         3.  "If we could fund him, we can fund anybody.

16         4.  I can prove you with a warehouse, a walk-in freezer, supplies to get started and

17             equipment.  Even after I told him my ingredients would be a Trade Secret and I would

18             need to get my own warehouse.  Fonda stated , "we can help you secure a warehouse…"

19         5.  "We can pay for your attorney to be at our next meeting to get you funded."  I asked this

20             because I told Fonda I don't feel comfortable signing documents without an attorney

Page **17** of **27**
**Sherry Ann Wiley vs ECDI et. al.,**
**In the United states District court for**
**The Southern District of Ohio**
**Civil Division**

1    looking over all of the paperwork. He concurred because he told me the same thing when

2    I gave him my NDA to sign before and during our meeting.

3    6.  Fonda told me that they had grants and loans that required no down payment. Getting me

4        started was not a problem.

5    Fonda stated that ECDI was the largest CDFI in Ohio. That he personally goes and meet

6    with State Officials to discuss how great ECDI is , and how he enjoys helping new

7    businesses get up and running.

8    He spoke about how he was the Lt. Mayor for Canton, walked me over to the window to

9    show me the building that housed his previous office. He did this because I am new to

10   Northern Ohio. I'm from Cincinnati, Ohio. I trusted he could delivered everything he offered

11   me.

12   **Anthony Berin during out initial telephone meeting stated:**

13   1.  "Yes, we can arrange for your attorney to be present for our next meeting. Ewe have

14       funding for this." (This never happened)

15   2.  Anthony stated I needed to make an appointment and give Jessica, Ohio Dept of

16       Agriculture all of my ingredients in order to proceed with the application process when I

17       hadn't even secured a stand alone warehouse yet, because they hadn't approved my loan.

18       So there was no warehouse for Jessica to inspect and no reason for me to give her my

19       Trade Secret ingredients for Nutritional Beverage drink. They were putting the cart

20       before the horse and requiring me t divulge my ingredients by using another Ohio

21       Government agency to require me to produce this information, when we hadn't even

Page 18 of 27
Sherry Ann Wiley vs ECDI et. al.,
In the United states District court for
The Southern District of Ohio
Civil Division

1      finalized the loan. I had not received the loan application at this time because Anthony

2      thought I was stupid enough to tell him my ingredients before he gave me the application

3      to apply for the loan. (Espionage, Antitrust violation, Deception, collusion, etc.)

4  Both Fonda and Anthony Berin made a lot of promises of being able to fund me and didn't

5  follow through on any of it. Instead demanded I needed to divulge all of my ingredients that I

6  use in my Nutritional Beverage to move forward.

7  **Identity Theft Prevention (Red Flag Rule)**

8  .Ohio.edu/policy48-001(a) Overview the Red Flags rule was issued in 2007 under section 114 of

9  the Fair and Accurate Credit Transaction Act (FACTA) of 2003 and published at 16 CFR

10  681.1.the red Flags

11  Citing Case No# Parkhill Limited Liability Company vs Economic and Community

12  Development Institute (ECDI), Court of Appeals 11th Appellate District Lake County, Ohio,

13  August 26, 2019; 2019 Ohio 3444 (Ohio ct. App, 2019) Case #2019-L-021 *(almost 3 years to*

14  *date of my ECDI Loan application August 1, 2022.)*

15      "ECDI accepted office equipment as collateral in a rented space, to secure a loan for Ms.

16      Merholz."

17      The outcome of the case she won against ECDI. I'm emphasizing this because ECDI

18      approved a loan for her office equipment furniture. In Joseph Armstrong denial letter for

19      my loan after making all these false accusations, said I had $700 to use for collateral

Page **19** of **27**
**Sherry Ann Wiley vs ECDI et. al.,**
**In the United states District court for**
**The Southern District of Ohio**
**Civil Division**

1        when he and I, Fonda and Anthony  discussed and stated I could use my machinery

2        equipment, furniture, vehicle, etc., as collateral, but then rescinded.

3 **Espionage**

4        "…Is the crime of spying or secretly watching a person, company, government, etc., for

5        the purpose of gathering secret information or detecting wrong doing, and to transfer such

6        information to another organization or state." (Cornell Law School/Law.cornell.edu/us)

7 Regarding my entire application, meetings and phone calls with Administration listed above,

8 requiring me to divulged my ingredients, which I didn't do, was all a ploy to steal my

9 information and give it someone else for their use to benefit their company. My allegations also

10 includes Industrial and Economic Espionage since they demanded to know y ingredients and

11 used Jessica, of the Ohio Dept. of Agriculture to strong arm me to divulge to her before I even

12 secured my warehouse they were supposed to approve the loan for me to get.

13 **Embezzlement**

14 This applies to everything I listed above and is very relevant, because it's rumored that the loan

15 was approved under my name and my company's name, Restore & Evolve, LLC, by people in

16 the community.

17 ECDI and my loan experience falls under the Deceptive Practices and Good Business Repute

18 law.

19 The U.S. Department of the Treasury should have fail safe, auditory or some kind of check

20 system in place to monitor the funds they give to ECDI every year.  The case of Hall vs the

Page 20 of 27
Sherry Ann Wiley vs ECDI et. al.,
In the United states District court for
The Southern District of Ohio
Civil Division

1     Attorney General regarding ECDI denying their loan and listing the cause as them being a felon

2     should be checked. I don't know if this applicant was in fact a felon, but according to Fonda

3     Williams.., "ECDI funds the unfundable, even felons." I don't know if this is another case of

4     stolen identity and AntiTrust Violations from ECDI.

5                **THIS SECTION AND BELOW LEFT BLANK INTENTIONALLY**

Page **21** of **27**
**Sherry Ann Wiley vs ECDI et. al.,**
**In the United states District court for**
**The Southern District of Ohio**
**Civil Division**

1 ### DAMAGES and CONCLUSION

2 In conclusion and regarding Damages I ask this United States District Court to please award me,

3 Sherry Ann Wiley and my company, Restore & Evolve, LLC the following:

4 $100 million dollars in Compensatory Damages as being a reasonable amount under the White

5 Colllar Crime-Clayton AntiTrust Act and Monopolization tort per occurrence for everything

6 outlined in my entire Complaint including the email attachments, letters, and supporting

7 documents regarding this case.

8 $100 million dollars in Nominal Damages as being a reasonable amount for the same reason

9 stated in the above paragraph. I ask you to please consider the Supreme Court upheld case of

10 Birdsall vs Coolidge, 93, U. S. 64 (1876) that phrase compensatory damages and actual damages

11 as identical.

12 $100 million dollars in Punitive Damages regarding malicious and reckless damages to myself

13 and my business being defamed and libeled in their Ohio state wide database viewable by all

14 financial institutions and CDFI's and the U. S. Department of the Treasury.

15 $100 million dollars for Emotional Distress. Because I didn't get the loan I've missed many

16 grant and bidding opportunities; securing the warehouse I was in negotiations with the owner;

17 All the business my company could have had from August 1, 2022 to present nationally and

18 globally. The wages I could have secured for myself, my employees, contractors, marketers,

19 distributors, and everyone else involved in my business. I am finally in dyer straights. I have

Page **22** of **27**
**Sherry Ann Wiley vs ECDI et. al.,**
**In the United states District court for**
**The Southern District of Ohio**
**Civil Division**

1    applied for Informus Paupers status moving forward because I am unable to pay for this court

2    case.

3    I ask this court to financially award these damages allow me to, "Achieve economic gains I

4    would have had if the representation had been correct…" (Cornell Law

5    School/Law.cornell.edu/us), ECDI switched on my loan application.

6    I also ask this court to award damages under:

7    18 U. S. Code section 3071 – Information for which rewards authorized (b)(1)(2)(3):

8         "…with respect to acts of espionage involving or directed at the United States, the

9    Attorney general may reward any individual who furnishes information:

10        (1) Leading to the arrest, or conviction in any country, of any individual or individuals

11             for commission of an act of espionage against the United states;

12        (2) Leading to the arrest or conviction in any country, of any individual or individuals for

13             conspiracy, or attempting to commit an act of espionage against the Unite d States, or

14        (3) Leading to the prevention or frustration of an Act of espionage against the United

15             States. **(Cornell Law School/Law.cornell.edu/us)**

16   U. S. Dept. of the Treasury and Janet Yellen for blindly entrusting ECDI without having some

17   auditory checkmarks in place to accurately review and consider my loan application

18   appropriately.

19        **Thank you,**

Page **23** of **27**
**Sherry Ann Wiley vs ECDI et. al.,**
**In the United states District court for**
**The Southern District of Ohio**
**Civil Division**

1      On this __11__ day in January 2023

2

3      Sherry Ann Wiley, Owner/CEO

4      Restore & Evolve, LLC

5      225 Hancock Street, #218 (Owners Address)

6      Sandusky, Ohio 44870

7      419-502-6059

8      RestoreEvolvellc@gmail.com

9      Ohio Veteran Certified Business #19002

10     Ohio Secretary of State #4916261

11     UEI #ZRPJR3N2HZU3

12     DNB#118492562

13

Page 24 of 27
Sherry Ann Wiley vs ECDI et. al.,
In the United states District court for
The Southern District of Ohio
Civil Division

1

2 <u>**Certificate of Mailing**</u>

3 ECDI

4 1655 Old Leonard Ave

5 Columbus, Ohio 44219

6 614-559-0115

7

8 Inna Kinney, Founder

9 1655 Old Leonard Ave

10 Columbus, Ohio 44219

11 614-559-0115

12

13 Fonda Williams, Senior VP

14 1655 Old Leonard Ave

15 Columbus, Ohio 44219

16 And

17 101 Central Plaza

18 South Suite 1200

19 Canton Ohio 44702

20 330-368-2797 cell/ 614-559-0115 ofc

21 Anthony Berin, Director of Food incubation Services

22 1655 Old Leonard Ave

23 Columbus, Ohio 44219

24 980-229-0298 cell/614-559-0115 ofc

Page 25 of 27
Sherry Ann Wiley vs ECDI et. al.,
In the United states District court for
The Southern District of Ohio
Civil Division

1

2          Joseph Armstrong, VP of Lending

3          1655 Old Leonard Ave

4          Columbus, Ohio 44219

5          614-572-0444 cell/614-559-0115 ofc

6

7          Steve Fireman, Counsel

8          1655 Old Leonard Ave

9          Columbus, Ohio 44219

10         614-559-0113 direct/ 614-559-0115 ofc

11

12         Denise Hicks, ECDI Canton Office Relationship Manager

13         1655 Old Leonard Ave

14         Columbus, Ohio 44219

15         330-623-6858 cell/614-559-0115 ofc

16

17         April Welch, CIFT OFFICE, SBDC Toledo Market

18         202 One Maritime Plaza, Suite 202

19         Toledo, OH 43604

20         419-574-9476

21         awelch@ecdi.org

22         U. S. Department of the Treasury

23         1500 Pennsylvania Avenue, NW

24         Washington, D.C. 20220

Page 26 of 27
Sherry Ann Wiley vs ECDI et. al.,
In the United states District court for
The Southern District of Ohio
Civil Division

1             202-622-2000

2

3             Janet Yellen, Director of the U. S. Department of the Treasury

4             1500 Pennsylvania Avenue, NW

5             Washington, D.C.  20220

6             202-622-2000

7

8    On this _____ in January 2023.

9

10

11          **Sherry Ann Wiley, Owner/CEO**

12          **Restore & Evolve, LLC**

13          **225 Hancock Street, #218**

14          **Sandusky, Ohio  44870**

15          **419-502-6059**

16          **RestoreEvolvellc@gmail.com**

17          **Ohio Veteran Certified Business #19002**

18          **Ohio Secretary of State #4916261**

19          **UEI #ZRPJR3N2HZU3**

20          **DNB#118492562**

21

22

23

Page **27** of **27**
**Sherry Ann Wiley vs ECDI et. al.,**
**In the United states District court for**
**The Southern District of Ohio**
**Civil Division**