UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**SHERRY ANN WILEY,**

      **Plaintiff,**

  v.                                    Civil Action 2:23-cv-138
                                         Judge Sarah D. Morrison
                                         Magistrate Judge Chelsey M. Vascura

**ECDI (ECONOMIC COMMUNITY
DEVELOPMENT INSTITUTE),** *et al.***,**

      **Defendants.**

## **ORDER**

On February 13, 2023, Plaintiff emailed a number of files to the Clerk's Office and requested they be filed on the docket. Plaintiff is advised that *pro se* parties are not permitted to electronically file documents without leave of Court. (*See* Southern District of Ohio CM/ECF Procedures Guide (rev. July 2019), p. 4.) Further, even if a *pro se* party is granted electronic filing access, all electronic filings must be made by uploading PDF files to the Court's Case Management/ Electronic Case Filing system, as the Court does not accept emailed or faxed documents for filing. (*Id.*) Accordingly, the documents attached to Plaintiff's February 13, 2023 emails will not be docketed. If Plaintiff wishes to file those documents on the docket, she must either submit the documents in hard copy to the Clerk's Office, or file a motion to obtain electronic case filing rights. The Court will not consider any future filings submitted via email.

      IT IS SO ORDERED.

                                                                 /s/ *Chelsey M. Vascura*
                                                                 CHELSEY M. VASCURA
                                                                 UNITED STATES MAGISTRATE JUDGE